IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR138

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **THERESA M. LEWIS** | ) | |

The matter is before the court upon the Plaintiff's motion for a continuance of this matter from the January 24, 2006 criminal sentencing term in the Charlotte Division.

The court finds for the reasons stated in motion that a continuance of sentencing shall be granted.

IT IS THEREFORE ORDERED that the motion for continuance be, and it hereby is, **granted** to February 21, 2006 at 10:00 a.m. in the Charlotte Division.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: January 23, 2006

Graham C. Mullen
United States District Judge